UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-00674-SB (KSx) | Date: | November 25, 2020 |
|---|---|---|---|

| Title: | H.K., et al. v. Santa Monica Malibu Unified School District |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):

None Appearing                                          None Appearing

**Proceedings:**   **[In Chambers] ORDER DISMISSING CASE WITH PREJUDICE**

The Court has received the Stipulation of Dismissal filed November 23, 2020. The action is dismissed in its entirety with prejudice as jointly requested.

**IT IS SO ORDERED**.